# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| STEPHANIE ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 13-cv-3218 |
| ABBOTT LABORATORIES, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that all claims asserted by plaintiff against defendant Abbott Laboratories in this action have been settled and are hereby dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

This 3rd day of March, 2015.

THE COFFEY LAW OFFICES, P.C.

By  /s/ Timothy J. Coffey
Timothy J. Coffey
The Coffey Law Offices, P.C.
351 W. Hubbard Street, Suite 602
Chicago, IL 60654
*Attorney for Plaintiff*

GOLDBERG KOHN LTD.

By  /s/ David E. Morrison
David E. Morrison
Meredith S. Kirshenbaum
55 E. Monroe St., Suite 3300
Chicago, IL 60603
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

        The undersigned, an attorney, certifies that on March 3, 2015 he caused a copy of the attached **Stipulation of Dismissal** to be served by via the Court's ECF/electronic mailing system upon the following:

        Timothy J. Coffey
        The Coffey Law Offices, P.C.
        351 W. Hubbard Street, Suite 602
        Chicago, IL 60654


        /s/ David E. Morrison