**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Stephanie Robinson
        Plaintiff,

v.             Case No.: 1:13−cv−03218
             Honorable Joan B. Gottschall

Abbott Laboratories
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 4, 2015:

  MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this case is hereby dismissed with prejudice and with each party to bear their own costs and attorneys' fees. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.